## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:    ADAM L WALLACE | : | Case No. 14-50359 |
| | : | Chapter 13 |
| Debtor(s) | : | Judge CHARLES M. CALDWELL |

### TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

Now comes Faye D. English, Chapter 13 Trustee, and moves this Court for Modification of Debtor's Chapter 13 Plan, pursuant to 11 U.S.C. § 1329(a) and Fed. R. Bankr. P. 3015.  Support for this Motion is set forth below.

### MEMORANDUM IN SUPPORT

Debtor's Chapter 13 Plan was confirmed on April 11, 2014, and provides for a dividend of 8% to unsecured creditors. The plan was previously modified on May 08, 2015.

The deadline to file proofs of claims has passed and, based on claims filed, the projected length of the Plan fails to meet applicable commitment period of 11 U.S.C. § 1325(b)(4).

The Trustee calculates that if the Plan is modified to pay a dividend of 12.159%, the Plan will meet the applicable commitment period of 36 months.

The proposed modification does not adversely affect creditors.

Wherefore, the Trustee respectfully requests that this Court enter an Order modifying the Plan as set forth above pursuant to 11 U.S.C. § 1329 and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

/s/  Faye D. English
Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 900
Columbus, Ohio  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Adam L Wallace | : | Case No. 14-50359 |
| | 116 Montrose Ave | | |
| | Delaware, Oh 43015 | : | Chapter 13 |
| | Debtor(s) | : | Judge CHARLES M. CALDWELL |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Modify was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 5/13/2016

/s/ Faye D. English

Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Scott E Rice Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Adam L Wallace
116 Montrose Ave
Delaware, Oh 43015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:   ADAM L WALLACE                  :    Case No. 14-50359

                                         :    Chapter 13

Debtor(s)                                :    Judge CHARLES M. CALDWELL

## NOTICE OF MOTION TO MODIFY

Faye D. English, Chapter 13 Trustee, has filed papers with the Court to modify this case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the motion, then within within **twenty one (21) days** from the service date of the motion, you or your attorney must file with the Court a written response explaining your position at:

U.S. Bankruptcy Court
170 N. High Street
Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above. You must also mail a copy to all parties required to be served pursuant to the Federal and Local Rules of Bankruptcy Procedure, including the Chapter 13 Trustee at:

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated: 5/13/2016                    /s/ Faye D. English
                                    Faye D. English
                                    Chapter 13 Trustee